UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karen Eubanks<br>   Plaintiff,<br><br>v.<br><br>New York City Department of Education et al.,<br><br>   Defendant. | NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL<br><br>18 Civ. 7877 (VEC) (HBP) |

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of: Karen Eubanks for the limited purpose of taking and defending depositions. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: October 24, 2019

              Milbank LLP
              By: /s/ Elizabeth O'Reilly
              Elizabeth A. O'Reilly
              55 Hudson Yards
              New York, NY 10001
              Telephone: (212) 530-5387
              Facsimile: (212) 822-5387
              Email: eoreilly@milbank.com