UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN EUBANKS,

        Plaintiff,

against

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 7877 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court conducted a telephone conference today, December 12, 2019. For the reasons stated on the record, the Court terminates Defendants' Letter-Motion for a Local Rule 37.2 Conference (ECF No. 20) as moot.

The Clerk of Court is respectfully directed to close ECF No. 20 and mail a copy of this order to Ms. Eubanks at the below address.

Dated:    New York, New York
          December 13, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to: Karen Eubanks
        70 Lasalle Ave.
        New York, NY 10027