UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN EUBANKS,

               Plaintiff,

against

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

               Defendants.

CIVIL ACTION NO.: 18 Civ. 7877 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file status report by Tuesday, February 11, 2020, stating whether they seek a settlement conference before the undersigned. (ECF No. 31). The parties are ORDERED to file such status report by **Wednesday, February 19, 2020**, including an explanation for their failure to comply with the Court's Order at ECF No. 31. The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Eubanks at the address below.

Dated:    New York, New York
          February 12, 2020

                                 SO ORDERED

                                 _____
                                 **SARAH L. CAVE**
                                 **United States Magistrate Judge**

Mail to: Karen Eubanks
         70 Lasalle Ave.
         New York, NY 10027