UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN EUBANKS,

                Plaintiff,

against

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 7877 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' notice that they do not jointly request a settlement conference (ECF No. 37), they are reminded to move forward in accordance with the Revised Case Management Plan (ECF No. 31).

The attorneys who appeared as Limited Discovery Counsel for Ms. Eubanks notified the Court that the limited discovery and their appearances have concluded. (ECF Nos. 32–35). Ms. Eubanks is reminded that she may seek assistance from the New York Legal Assistance Group. Additional information can be found online at nysd.uscourts.gov/attorney/legal-assistance; by calling to schedule an appointment for a consultation at 212-659-6190; or visiting in person during office hours at 40 Centre Street, Room LL22, New York, New York 10007. In addition, the United States District Court for the Southern District of New York has a Pro Se Intake Unit with information to assist individuals who are representing themselves in the Southern District without the assistance of an attorney. Additional information can be found online at nysd.uscourts.gov/prose; by calling 212-805-0175; or visiting in person at 40 Centre Street, Room 105, New York, New York 10007.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Eubanks at the address below.

Dated: New York, New York
February 20, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail To:  Karen Eubanks
70 Lasalle Ave.
New York, NY 10027