UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAREN EUBANKS,

                              Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION;
MANUEL UREÑA, Principal; ELMA REINGOLD,
Assistant Principal

                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGEMENT**

18-CV-7877 (LJL) (SLC)

**PLEASE TAKE NOTICE** that upon the accompanying statement pursuant to Rule 56.1 of the Local Rules of this Court, dated May 22, 2020, the Declaration of Shaina Wood, dated May 22, 2020, the exhibit annexed thereto, the Memorandum of law in Support of Defendants' Motion for Summary Judgement, dated May 22, 2020, and upon all prior pleadings and proceedings, Defendants will move this Court, before the Honorable Sarah L. Cave, United States Magistrate Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgement dismissing all of Plaintiff's causes of action on the grounds that there is no issue of material fact requiring a trial and that, as a matter of law, Defendants are entitled to summary judgement in this action, and for such other and further relief as the Court may deem just and proper. By agreement of the parties, any papers submitted in opposition to this motion must be submitted by July 24, 2020, and any reply must be submitted by August 14, 2020.

Dated: New York, New York
       May 22, 2020

                         **JAMES E. JOHNOSN**
                         Corporation Counsel of the City of New York
                         Attorney for Defendants
                         100 Church Street
                         New York, New York 10007
                         (212) 356-2440

By:          /s/ *Shaina Wood*
                         Shaina Wood
                         Assistant Corporation Counsel

TO:    **Karen Eubanks** (by email)
        Plaintiff *Pro Se*
        70 LaSalle Avenue
        New York, NY 10027
        clarityphase@cs.com