Date: 12/28/20

Hon. Judge Sarah L. Cave

U.S. District Court Re: Pro Se Filing, 18 -cv-7877

Re: Eubanks v. New YorkCity Department of Education et al,, 1:18 -cv-07877 LJL-SCL Extension Request on the Response to Summary Motion for Summary Judgement

Dear Judge Cave :

    I write to respectfully request a nunc pro tunc extension of time from original due date:12/21/20 to new deadline:12/31/20 to file my Oppositions Statement. I submitted a draft to NYLAG, Ms. Tarnofsky and gratefully received limited feedback and a sample format. I ask for this extension because I received a sample format on 12/18/20 that I thought would be completed after working in haste all weekend and Monday 12/21/20 when I realized I had not completed sections correctly when I was about to send the documents. I contacted Ms. Quinn opposing counseling and I have taken additional time to make sure I have a clear understanding and have reorganized the text and exhibits which is nearly complete. Additionally I lost another family member to COVID on the evening of 12/21/20. This is my [___first] [___second] [X third or additional] request for an extension. I [X have] [__ have not conferred with opposing counsel] about this request for an extension. Opposing counsel [X does not object] [__ objects] [__ did not respond]. I thank the Court in advance for its consideration.

Respectfully submitted, Karen Eubanks

*Karen Eubanks*

Pro se [X Plaintiff] [__ Defendant]

70 LaSalle Street

Apt.10D

New York, NY 10027