UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAREN EUBANKS,

                                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, MANUEL UREÑA, Principal; ELMA REINGOLD, Assistant Principal,

                                    Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

18 Civ. 7877 (LJL) (SLC)

**PLEASE TAKE NOTICE**, that I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-captioned action solely for the limited purpose of responding to Plaintiff's letter motion for a *nunc pro tunc* extension of her time, from December 21, 2020 until December 31, 2020, to file opposition to Defendants' Motion for Summary Judgment (ECF Dkt. No. 55). Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to the aforementioned letter motion in this matter be addressed to me at the address below.

Dated:      Brooklyn, New York
             December 28, 2020

                                                **JAMES E. JOHNSON**
                                                Corporation Counsel
                                                  of the City of New York
                                                Attorney for Defendants
                                                100 Church Street, Room 2-125
                                                New York, New York 10007
                                                (212) 356-1105
                                                jshaffer@law.nyc.gov

                                 By:    /s/ *J. Kevin Shaffer*
                                                J. Kevin Shaffer
                                                Assistant Corporation Counsel

Cc:     Karen Eubanks (by electronic mail)
         *Plaintiff pro se*