UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN EUBANKS,

          Plaintiff,

-v-

          CIVIL ACTION NO.: 18 Civ. 7877 (LJL) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

          **ORDER**

          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff has not responded to Defendants' May 26, 2020 Motion for Summary Judgment (ECF No. 40) ("Motion") notwithstanding that the Court has granted her five prior extensions. (ECF Nos. 47, 49, 52, 54, 58). Accordingly, as warned in the Court's prior order, the Motion is deemed unopposed and will be decided in due course. (ECF No. 58). The Clerk of Court is respectfully directed to mail a copy of this order to Eubanks at the address below.

Dated:     New York, New York
          January 11, 2021

          SO ORDERED

          _/s/ Sarah L. Cave_
          **SARAH L. CAVE**
          **United States Magistrate Judge**

Mail To:     Karen Eubanks
          70 Lasalle Ave.
          New York, NY 10027