UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN EUBANKS,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 7877 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 11, 2021 the Court ruled that Defendants' May 26, 2020 Motion for Summary Judgment (ECF No. 40) ("Motion") shall be deemed unopposed in light of Plaintiff pro se Karen Eubanks' failure to file an opposition (the "January 11 Order").  (ECF No. 60).

On January 15, 2021 Eubanks opposed Defendants' Motion.  (ECF Nos. 61, 63–64).  In the Court's discretion, taking into consideration Eubanks' pro se status, the Court VACATES the January 11 Order and ACCEPTS Eubanks' late opposition.

The Clerk of Court is respectfully directed to mail a copy of this order to Eubanks at the address below.

Dated:     New York, New York
            January 19, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

Mail To:    Karen Eubanks
                70 Lasalle Ave.
                New York, NY 10027