USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KAREN EUBANKS, :
:
Plaintiff, :
: 18-CV-7877 (LJL)
-v- :
: ORDER
NEW YORK CITY DEP'T OF EDUCATION, et al. :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As stated at the conference held on April 6, 2021, IT IS HEREBY ORDERED that the parties shall file a Joint Pretrial Order with the Court by September 30, 2021. Before that date, by September 16, 2021, Plaintiff shall send to Defendant a proposed Joint Pretrial Order, and Defendant shall make its insertions and return to Plaintiff a copy of such order by September 23, 2021.

The final pretrial conference is scheduled for October 7, 2021 at 11:00 a.m. in Courtroom 15C of the United States Courthouse at 500 Pearl Street, New York, NY 10007. The parties are ORDERED to be ready for trial to begin on October 11, 2021.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 7, 2021
        New York, New York                    _____
                                              LEWIS J. LIMAN
                                              United States District Judge