UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Karen Eubanks,

        Plaintiff,                            NOTICE OF LIMITED SCOPE
                                                      APPEARANCE OF *PRO BONO*
       -against-                            COUNSEL
                                                      18-cv-7877-LJL-SLC

NYC DOE, et al.,

        Defendants.

-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Enter my appearance as *pro bono* counsel in this case on behalf of plaintiff, Karen Eubanks, for the limited purpose of providing advice and representation in settlement negotiations, a settlement conference and/or a mediation through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court.

Dated:  April 30, 2021
New York, New York

BETH E. GOLDMAN, ESQ.
New York Legal Assistance Group

/s/  Susanne Toes\_\_\_\_
Susanne Toes Keane
Staff Attorney
NYLAG Clinic for Pro Se Litigants
40 Foley Square
New York, NY 10007
Phone: (212) 613-5090
Email: skeane@nylag.org