UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KAREN EUBANKS,

                        Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,
MANUEL URENA, Principal of the High School of Art
and Design, & ELMA REINGOLD, Assistant Principal of
the High School of Art and Design,

                        Defendants
------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

18-CV-7877 (LJL)(SLC)

**IT IS HEREBY STIPULATED AND AGREED,** by the parties as represented below herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to all defendants, without costs or fees as to any party.

Dated: New York, New York
       November __, 2021

**KAREN EUBANKS**
70 Lasalle Street
Apartment 10D
New York, New York 10027

By: _____
      Karen Eubanks

11/20, 2021

Hong Tae Joon
Notary Public, State of New York
Qualified in New York County
Reg No 01HO6103878
My Commission Expires _____ 2024

Dated: New York, New York
       November __, 2021

**GEORGIA M. PESTANA**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By: _____
      William A. Grey
      Senior Counsel